**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GAVIN B. DAVIS, | No. 18-56168 |
| Plaintiff-Appellant, | D.C. No. 3:17-cv-00387-AJB-JLB |
| v. | |
| JASON M. ADLER; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Southern District of California
Anthony J. Battaglia, District Judge, Presiding

Submitted April 17, 2019**

Before: McKEOWN, BYBEE, and OWENS, Circuit Judges.

Gavin B. Davis appeals pro se from the district court's post-judgment order

rejecting documents submitted for filing in Davis's action alleging trademark and

privacy claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an

abuse of discretion. *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 403-04

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 2010).  We affirm.

The district court did not abuse its discretion in exercising its inherent power to reject documents for filing because they were submitted over one year after the district court closed Davis's case.  *See id.* at 404 (district court has inherent power to control its docket, including power to strike items from the docket); *Bias v. Moynihan*, 508 F.3d 1212, 1223 (9th Cir. 2007) ("Broad deference is given to a district court's interpretation of its local rules.").

We do not consider Davis's contentions concerning his prior appeal in Case No. 17-56945, which was dismissed for failure to prosecute on April 3, 2018.

All pending motions and requests are denied.

**AFFIRMED.**

18-56168